IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. MURPHY,** : | |
| Petitioner : | |
| : | No. 1:22-cv-0630 |
| v. : | |
| : | (Judge Rambo) |
| **WARDEN J. SAGE,** : | |
| Respondent : | |

## ORDER

**AND NOW**, on this 1st day of February 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner James E. Murphy's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **GRANTED**;

2. The Bureau of Prisons shall recalculate Murphy's projected release date as detailed in the accompanying Memorandum;

3. If that release date has already passed, Murphy must be immediately released from custody to begin his term of supervised release;

4. Respondent shall have <u>48 hours</u> from the time this Order is docketed to comply therewith; and

5. Respondent shall update the Court as soon as this Order has been effectuated.

s/ Sylvia H. Rambo<br>
United States District Judge